**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 1:22-CV-24197-RNS

AVILA RODRIGUEZ HERNANDEZ
MENA & GARRO LLP

  Plaintiff,

v.

SECURITY NATIONAL INSURANCE
COMPANY,

  Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

  Plaintiff, by and through its undersigned counsel, and pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(i), hereby gives notice of the dismissal of this action without prejudice.

Dated: March 16, 2023        Respectfully submitted,

| | |
|---|---|
| **KAPLAN ZEENA LLP** | **LEÓN COSGROVE JIMÉNEZ, LLP** |
| *Attorneys for Defendant,* | *Attorneys for Plaintiff, Avila Rodriguez* |
| *Security National Insurance Company* | *Hernandez Mena & Garro, LLP* |
| 2 South Biscayne Boulevard, Suite 3050 | 255 Alhambra Circle, 8th Floor |
| Miami, Florida 33131 | Miami, Florida 33134 |
| Telephone: (305) 530-0800 | Telephone: (305) 740-1977 |
| Facsimile: (305) 530-0801 | Facsimile: (305) 351-4059 |
| | |
| By: /s/ *James M. Kaplan* | By: **Derek E. León** |
| JAMES M. KAPLAN | DEREK E. LEÓN |
| Florida Bar No.: 921040 | Florida Bar No. 625507 |
| james.kaplan@kaplanzeena.com | dleon@leoncosgrove.com |
| elizabeth.salom@kaplanzeena.com | eperez@leoncosgrove.com |
| DANIEL HIRSCHMAN | |
| Florida Bar No.: 44177 | |
| daniel.hirschman@kaplanzeena.com | |
| cheryl.mingo@kaplanzeena.com | |